```
McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>              Plaintiff,  )<br>     v.                   )<br>                          )<br>ANTHONY BLUFORD,           )<br>              Defendant.  )<br>_____) | MAG. NO.  08-208-kjm<br><br>MOTION TO DISMISS<br>WITHOUT PREJUDICE<br>AND ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the Complaint as to defendant Anthony Bluford. At this time, the United States has elected to decline prosecution of Bluford for his May 10, 2008 and May 28, 2008 robberies in deference to state prosecution.

HEREBY FURTHER, the United States moves that this Court enter an order to vacate the status hearing scheduled on June 25, 2008 and the preliminary hearing scheduled for July 3, 2008.

```
DATED: June 20, 2008              McGREGOR W. SCOTT
                                  United States Attorney
                                       /s/Michelle Rodriguez
                                  By _____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
```

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1. The United States' motion to dismiss without prejudice the Complaint in MAG No. 08-208-kjm against defendant Anthony Bluford is GRANTED.

2. The June 25, 2008 2:00 pm status hearing and the July 3, 2008 2:00 pm preliminary hearing, each in U.S. Magistrate Court, are VACATED.

DATED: June 26, 3008.

_____
U.S. MAGISTRATE JUDGE